# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:12-cv-267-RJC-DCK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAYFORD JAY WATERS, III d/b/a ) <br> MCBONIE'S SOUTHERN FOODS BAR ) <br> & GRILL and MCBONIE'S ) <br> SOUTHERN FOODS BAR & GRILL, ) <br> INC. d/b/a MCBONIE'S SOUTHERN ) <br> FOODS BAR & GRILL, ) <br> ) <br> Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court on its own motion following the Clerk's entry of default on July 20, 2012. (Doc. No. 6). Plaintiff J&J Sports Productions, Inc. ("Plaintiff") moved for entry of this default on July 20, 2012, (Doc. No. 5), but did not move for default judgment following the Clerk's entry. Under Federal Rule of Civil Procedure 55(b), Plaintiff must separately move for default judgment.

The Court orders Plaintiff to file a motion for default judgment within fourteen (14) days of the date of this Order. See Kashaka v. Baltimore Cnty., 450 F. Supp. 2d 610, 614 n.3 (D. Md. 2006). Should Plaintiff fail to obey this Order, the Court will set aside the entry of default and dismiss Plaintiff's claims against the defendants. See id.; FED. R. CIV. P. 16(f); 41(b).

**IT IS, THEREFORE, ORDERED** that Plaintiff must file a motion for default judgment within **fourteen (14) days** of the date of this Order.

Signed: October 16, 2012

Robert J. Conrad, Jr.
Chief United States District Judge