# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case Number 3:12-cv-00267-RJC

| | |
|---|---|
| J & J Sports Productions, Inc. ) | |
|                    Plaintiff ) | |
| ) | |
|              Vs. ) | **ENTRY OF DEFAULT** |
| ) | **JUDGMENT** |
| Rayford Jay Waters, III; ) | |
| McBonie's Southern Foods Bar & Grill, Inc. ) | |
|                   Defendant ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default Judgment by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the Court's Order filed November 27, 2012, against Rayford Jay Waters, III, and McBonie's Southern Foods Bar & Grill, Inc. .

IT APPEARING TO THE COURT that the named Defendant's Rayford Jay Waters, III, and McBonie's Southern Foods Bar & Grill, Inc. are in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default judgment is hereby entered against Defendant's Rayford Jay Waters, III, and McBonie's Southern Foods Bar & Grill, Inc. In the amount of $10,212.50, plus the full costs of this action.

Signed: November 27, 2012

Frank G. Johns, Clerk
United States District Court